UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEANNIE C. MAULTSBY, *pro se*,

    Plaintiff,

v.                                                    CASE NO: 8:10-CV-2288-T-30TGW

ST. PETERSBURG COLLEGE,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on March 17, 2011 (Dkt. #30) which dismissed the Second Amended Complaint and gave the Plaintiff fourteen (14) days in which to amend her Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 7, 2011.

                                                                        JAMES S. MOODY, JR.
                                                                       UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-2288.dismissal.wpd*